RUSS, AUGUST & KABAT
Jules L. Kabat, State Bar No. 61659
Matthew A. Rips, State Bar No. 175636
Nathan D. Meyer, State Bar No. 239850
12th Floor
12424 Wilshire Boulevard
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:(310) 826-6991

Attorneys for Plaintiffs
Ocean Mission Park, LLC and Craig Campbell

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 7 |
| MEHRDAD TAHERIPOUR | Case No: 2:12-bk-30028 |
| Debtor, | |
| OCEAN MISSION PARK, LLC and CRAIG CAMPBELL, | Adv. No. 2:12-ap-01829-RK |
| Plaintiffs, | **PLAINTIFFS OCEAN MISSION PARK, LLC'S AND CRAIG CAMPBELLS NOTICE OF MOTION FOR SUMMARY JUDGMENT OF NONDISCHARGEABILITY OF DEBT** |
| v. | |
| MEHRDAD TAHERIPOUR, | |
| Defendant. | [Memorandum of Points and Authorities, Declarations of Matthew A. Rips and Craig Campbell, Separate Statement of Undisputed Facts and Conclusions of Law and Request for Judicial Notice filed Concurrently] |
| | Hearing
Date: September 2, 2014
Time: 3:00 p.m.
Room: 1675 |

2915-010 140715 Notice MSJ.docx           1

PLAINTIFFS OCEAN MISSION PARK, LLC'S AND CRAIG CAMPBELL'S NOTICE OF MOTION
FOR SUMMARY JUDGMENT OF NONDISCHARGEABILITY OF DEBT

TO DEFENDANT MEHRDAD TAHERIPOUR:

PLEASE TAKE NOTICE that on September 2, 2014, at 3:00 p.m. or as soon thereafter as counsel may be heard by the Honorable Robert Kwan, presiding in Courtroom 1675, United States Bankruptcy Court, Central District, located at 255 East Temple Street, Los Angeles, California, Plaintiffs Ocean Mission Park, LLC and Craig Campbell will and hereby do move the Court for summary judgment of nondischargeability of the debt owed by defendant Taheripour to Plaintiffs on the grounds that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.

This motion is based upon the Notice of Motion and Motion, the Memorandum of Points and Authorities, the declaration of Matthew A. Rips, the request for judicial notice filed herewith, the state court amended judgment entered in the Los Angeles Superior Court in *Ocean Mission Park, LLC et al. v. Mehrdad Taheripour, et. al.*, Case No. SC 104571 and *Ocean Mission Park, LLC v. Mehrdad Taheripour, et al.*, Case No. BC 457833, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at or before the hearing.

Dated: July 17, 2014

RUSS, AUGUST & KABAT
Jules L. Kabat
Matthew A. Rips
Nathan D. Meyer

By: /s/ *Nathan D. Meyer*
Nathan D. Meyer
Attorneys for Plaintiffs
Ocean Mission Park, LLC and
Craig Campbell

2915-010 140715 Notice MSJ.docx                    2

PLAINTIFFS OCEAN MISSION PARK, LLC'S AND CRAIG CAMPBELL'S NOTICE OF MOTION
FOR SUMMARY JUDGMENT OF NONDISCHARGEABILITY OF DEBT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

12424 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): Plaintiffs Ocean Mission Park, LLC's and Craig Campbells Notice of Motion for Summary Judgment of Nondischargeability of Debt; Memorandum of Points and Authorities, Declarations of Matthew A. Rips and Craig Campbell, Separate Statement of Undisputed Facts and Conclusion of Law and Request for Judicial Notice
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 17, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
David A Gill (TR) mir@dgdk.com, dgill@ecf.epiqsystems.com; danningGill@gmail.com
Mehrdad Taheripour mtaheri@earthlink.net

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 17, 2014 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mehrdad Taheripour
2034 – ½ Beverly Glen Circle, No. 303 Los Angeles, CA 90077

Mehrdad Taheripour
2122 Centruy Park Lane, Suite 407, Los Angeles, CA 90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 17, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via personal delivery
Honorable Robert Kwan
United States Bankruptcy Court, Edward R Roybal Federal Building, Suite 1682
Courtroom 1682, 255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Mireya Ballesteros | | /S/ *Mireya Ballesteros* |
|---|---|---|
| 7/17/2014 | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**